NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LINDA PERKINS,<br><br>          Plaintiff,<br>V<br><br>CITY OF ELIZABETH, et al,<br><br>          Defendants. | CIVIL ACTION NO. 05-3786 (JLL)<br><br>ORDER |

For the reasons set forth in the undersigned's Opinion dated December 30, 2009, Defendant Ucci's, Defendant Ocasio's, and Defendant City of Elizabeth's motions for summary judgment (CM/ECF Dckt. Nos. 35, 36, &37) are granted in their entirety,

**IT IS** on this **30th day of December, 2009,**

**ORDERED** that Plaintiff's Complaint is **DISMISSED** with prejudice; and it is further

**ORDERED** that this matter is hereby **CLOSED.**

**IT IS SO ORDERED.**

/s/ Jose L. Linares
UNITED STATES DISTRICT JUDGE